**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JULIA E. JARRETT**
Assistant United States Attorney
Julia.Jarrett@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | Case No.  3:26-cv-00085-MO |
| v. | **COMPLAINT IN REM FOR FORFEITURE** |
| **REAL PROPERTY LOCATED AT 10820 NE 119TH PLACE, CITY OF VANCOUVER, CLARK COUNTY, STATE AND DISTRICT OF WASHINGTON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** | |
| AND | |
| **APPROXIMATELY $303,844.45 IN UNITED STATES CURRENCY**, *in rem*, | |
| Defendants. | |

Plaintiff, United States of America, for its Complaint *in rem* for forfeiture, alleges:

## COUNT 1

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 18 U.S.C. § 981; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

II.

Defendants, *in rem*, consist of:

- One parcel of real property, located at **10820 NE 119th Place, Vancouver, Washington 98662**, and more fully described as:

    The following described real estate, situated in the County of Clark, State of Washington:

    Lot(s) 48, PRAIRIE COMMONS PHASE 1, according to the plat thereof, recorded in Volume 312 of Plats, Page 054, records of Clark County, Washington.

    1. Taxes and Assessments as they become due and payable.

    2. Declaration of Easement for Utilities and the terms and conditions thereof:

    Recording Date: October 9, 2019
    Recording No.: 5658384

    3. Utility Service Covenant and the terms and conditions thereof:

    Recording Date: June 20, 2019
    Recording No.: 5618780
    Affects: Entire plat

    4. Declaration of Developer Covenants to Clark County for Prairie Commons Phase 1 and the terms and conditions thereof:

    Recording Date: August 30, 2019
    Recording No.: 5643495
    Affects: Entire plat

5. Covenant Running with the Land and the terms and conditions thereof:

Recording Date; August 30, 2019
Recording No.: 5643495
Affects: Entire plat

6. Covenants, conditions, restrictions and easements but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth in the document

Recording Date: September 30, 2019
Recording No.: 5643495

7. Bylaws of Prairie Commons Phase | Homeowner Association and the terms and conditions thereof:

Recording Date: August 30, 2019
Recording No.: 5643495
Affects: Entire plat

8. Covenant Running with the Land, and the terms and conditions thereof:

Recording Date: October 15, 2019
Recording No.: 5659999
Affects: Lots 15-106

9. Covenants, conditions, restrictions, recitals, reservations, easements, easement provisions, dedications, building setback lines, notes, statements, and other matters, if any, but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth on the Plat of Prairie Commons Phase 1:

Recording No: Volume 312, Page 54

Tax ID: 986051929; and

**Complaint *in rem* for Forfeiture**                                                                 **Page 3**

- Approximately **$303,855.45 U.S. currency** - rental proceeds generated from other (previously forfeited) real properties associated with Zalin Adair Requejo Lopez and/or Jaqueline Paola Rodriguez Barrientos.

Defendant Real Property, *in rem,* is now and during the pendency of this action will be within the jurisdiction of this Court. Defendant Real Property is located in the State of Washington, Clark County.

Defendant, *in rem*, approximately $303,844.45 U.S. currency, is subject to forfeiture in the District of Oregon and is now and during the pendency of this action will be within the jurisdiction of this Court.

III.

Defendant Real Property and Defendant Currency, *in rem*, as described above, represent property involved in money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1957, and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C) as more particularly set forth in the Declaration of Special Agent Thomas Guthrie, Internal Revenue Service – Criminal Investigation (IRS-CI) marked as Exhibit A, attached and fully incorporated herein by this reference.

**COUNT 2**

IV.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 21 U.S.C. § 881; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

V.

Defendant Real Property and Defendant Currency, *in rem*, are subject to forfeiture in the District of Oregon, and are now and during the pendency of this action will be within the jurisdiction of this Court.

VI.

Defendant Real Property and Defendant Currency, *in rem*, represent proceeds traceable to drug trafficking or were used or intended to be used to facilitate such a transaction in violation of 21 U.S.C. § 841, and are forfeitable to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6), as more particularly set forth in the declaration of SA Thomas Guthrie, IRS-CI, marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, Plaintiff, United States of America, prays that due process issue to enforce the forfeiture of Defendant Real Property and Defendant currency, *in rem*; that due notice be given to all interested persons to appear and show cause why forfeiture of these Defendants, *in rem*, should not be decreed; that due proceedings be had thereon; that these defendants be forfeited to the United States; that the Plaintiff United States of America be awarded its costs and disbursements incurred in this action.

DATED: January 15, 2026.    Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Julia E. Jarrett*
**JULIA E. JARRETT**
Assistant United States Attorney

## VERIFICATION

I, THOMAS GUTHRIE declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that I am a Special Agent with the Internal Revenue Service – Criminal Investigation, and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

*/s/ Thomas Guthrie*
**THOMAS GUTHRIE**
Special Agent
IRS-CI